LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA SANCHEZ,** individually and on behalf of all others similarly situated, | Case No. 5:15-cv-01467-JFW-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **GREEN TREE SERVICING LLC;** **DOES 1-10,** inclusive | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 20th day of May, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

1  Filed electronically on this 20th day of May, 2016, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

   Honorable John F. Walter
6  United States District Court
7  Central District of California

8  Erik Wayne Kemp
9  Severson and Werson

10

   John B Sullivan
11 Severson and Werson APC

12

   Mary Catherine Kamka
13 Severson and Werson

14

15 This 20th day of May, 2016.

16

17 s/Todd M. Friedman
   Todd M. Friedman

18

19

20

21

22

23

24

25

26

27

28